Merle Joy Turchik, SBA 011130
Mary Judge Ryan, SBA 011692
**RYAN TURCHIK P.C.**
300 North Main Ave., Suite 106
Tucson, AZ 85701
Telephone: (520) 882-7070
Facsimile: (520) 882-7091
Email: merle@ryanturchik.com
mary@ryanturchik.com

Attorneys for Plaintiffs

[Additional Counsel Listed on Signature Page]

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

TUCSON DIVISION

| | |
|---|---|
| FRANK ACUNA, DEE ADAMS, ALEXIS LONG, and RICHARD McKEEMAN, on behalf of themselves and all other employees similarly situated, <br><br> Plaintiffs, <br><br> - vs - <br><br> SERVICE CORPORATION INTERNATIONAL, SCI FUNERAL AND CEMETERY PURCHASING COOPERATIVE, INC. SCI WESTERN MARKET SUPPORT CENTER, L.P. a/k/a SCI WESTERN MARKET SUPPORT CENTER, INC., JANE D. JONES, GWEN PETTEWAY and THOMAS RYAN, <br><br> Defendants. | Case No. 10-cv-00771-TUC-CKJ <br><br> **PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiffs in the above-captioned action hereby voluntarily dismiss their claims without prejudice.

Dated: May 17, 2011

Respectfully submitted,

By: /s/ Sarah Cressman
J. Nelson Thomas, NY Attorney No. 2579159
Annette Gifford, NY Attorney No. 4105870
Sarah Cressman, NY Attorney No. 4014379
THOMAS & SOLOMON LLP
693 East Avenue
Rochester, NY 14607
Telephone: (585) 272-0540
Facsimile: (585) 272-0574
nthomas@theemploymentattorneys.com
agifford@theemploymentattorneys.com
scressman@theemploymentattorneys.com

Attorneys for Plaintiffs

I hereby certify that on the 17th day of May, 2011,
I electronically transmitted the foregoing document to the Clerk's
Office using the ECF System for filing and transmittal of a
Notice of Electronic filing to the following ECF registrants:

Lonnie James Williams

/s/ Sarah Cressman
**Sarah Cressman**