IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| FRANK ACUNA; DEE ADAMS; ALEXIS LONG; and RICHARD McKEEMAN, on behalf of themselves and all other employees similarly situated, | No. 4:10-CV-00771-TUC-CKJ |
| Plaintiffs, | **ORDER** |
| vs. | |
| SERVICE CORPORATION INTERNATIONAL; SCI FUNERAL AND CEMETERY PURCHASING COOPERATIVE, INC.; SCI WESTERN MARKET SUPPORT CENTER, L.P. a/k/a SCI WESTERN MARKET SUPPORT CENTER, INC.; JANE D. JONES; GWEN PETTEWAY; THOMAS RYAN; ABC CORPS 1-10; and JOHN and JANE DOES 1-10, | |
| Defendants. | |

On May 17, 2011, Plaintiffs filed a Notice of Voluntary Dismissal [Doc. 25] pursuant to Rule 41(a)(1)(A)(i), Federal Rules of Civil Procedure. Having reviewed the same, IT IS HEREBY ORDERED that all pending motions in this cause of action are DENIED AS MOOT. IT IS FURTHER ORDERED that this case is DISMISSED WITHOUT PREJUDICE. The Clerk of the Court shall close its file in this matter.

DATED this 24th day of May, 2011.

_____
Cindy K. Jorgenson
United States District Judge